☑ FILED  ___ LODGED
___ RECEIVED ___ COPY

JAN 2 6 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR-16-00103-PHX-DJH (MHB) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 1153 and 113(a)(6) (CIR: Assault Resulting in Serious Bodily Injury) Count 1 |
| Samuel William Fletcher, | |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about September 5, 2015, in the District of Arizona, within the confines of the Gila River Indian Community, Indian Country, SAMUEL WILLIAM FLETCHER, an Indian, did knowingly, intentionally, and recklessly assault S.R.W., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

A TRUE BILL

s/

FOREPERSON OF THE GRAND JURY
Date: January 26, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

s/

RAYNETTE M. LOGAN
Assistant U.S. Attorney